IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| THE CONTINENTAL CASUALTY COMPANY, as subrogee of George Ciechanowski,<br><br>      Plaintiff,<br><br>      v.<br><br>EXIDE TECHNOLOGIES,<br><br>      Defendant/Third-Party Plaintiff,<br><br>      v.<br><br>XANTRAX TECHNOLOGY, INC., et al.,<br><br>      Third-Party Defendants. | Civil No. 08-2710 (JHR/AMD) |

### ORDER ON INFORMAL APPLICATION

      This Matter having come before the Court by way of letter request dated March 30, 2010 from Harris Neal Feldman, Esquire, counsel for Exide Technologies, for an Order permitting Exide Technologies to strike and/or file a sur-reply to Plaintiff's reply affirmation [Doc. No. 38]; and for good cause shown:

      IT IS this **1st** day of **April 2010**, hereby

      **ORDERED** the Defendant Exide Technologies' application to strike Plaintiff's reply affirmation [Doc. No. 38] shall be, and hereby is, **DENIED**; and it is further

      **ORDERED** that Defendant Exide Technologies shall be, and hereby is, granted leave to file a sur-reply to Plaintiff's reply affirmation by no later than **April 8, 2010.**

                                                s/ Ann Marie Donio
                                                ANN MARIE DONIO
                                                United States Magistrate Judge

cc:  Hon. Joseph H. Rodriguez